**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON**

**CIVIL ACTION NO. 05-81-DLB**

**JAMES THOMPSON**                                                       **PETITIONER**

**vs.**                                        **ORDER**

**JAMES MORGAN, Warden**                                         **RESPONDENT**


**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court on Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. #2) and on the Report and Recommendation of the United States Magistrate Judge (Doc. #3).  The Court having reviewed Petitioner's Motion, and having reviewed the Magistrate Judge's Report and Recommendation, and there being no objections filed to the Report and Recommendation, and the Court being advised,

**IT IS ORDERED AND ADJUDGED** as follows:

(1)    That Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. #2) be, and it is, hereby **granted;**

(2)    That the Report and Recommendation of the United States Magistrate Judge (Doc. #3) be, and it is, hereby **adopted** as the findings of fact and conclusions of law of this Court;

(3)    That Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. #1) be, and it is, hereby **denied**; and,

(4)    That this matter be, and it is, hereby **dismissed *sua sponte*** and **stricken** from the docket of this Court.

This 14th day of June, 2005.



Signed By:

**_David L. Bunning_**

**United States District Judge**

C:\Documents and Settings\Voskuhl\Local Settings\Temp\notesFFF692\~0338090.wpd